Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
Email: kdove@swlaw.com

*Attorneys for Defendant Plain Green, LLC*



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS EDER,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CLARITY SERVICES, INC.; and PLAIN GREEN LLC,<br><br>　　　　　　　Defendants. | Case No.:　2:22:cv-00904-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Douglas Eder ("Plaintiff") and Defendant Plain Green, LLC ("Plain Green") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Plain Green's deadline to file its response to Plaintiff's Complaint [ECF No. 1] from August 5, 2022, to August 26, 2022 for the following reasons:

1.　Plaintiff filed his Complaint on June 6, 2022 [ECF No. 1].

2.　Plain Green was served with the Summons and Complaint on July 15, 2022.

3.　Plain Green's response to the Complaint is currently due on August 5, 2022.

4.　Plain Green needs additional time to adequately prepare its response to the Complaint.

4891-9996-7533.1

5.    This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, the Parties respectfully request an extension for Plain Green to file its response to the Complaint from August 5, 2022, to and including August 26, 2022.

| | |
|---|---|
| Dated: August 3, 2022 | Dated: August 3, 2022 |
| KIND LAW | SNELL & WILMER L.L.P. |
| By: */s/ Gerardo Avalos*<br>    Michael Kind, Esq.<br>    Nevada Bar No. 13903<br>    8860 South Maryland Parkway, Suite 106<br>    Las Vegas, Nevada 89123<br><br>    George Haines, Esq.<br>    Nevada Bar No. 9411<br>    Gerardo Avalos, Esq.<br>    Nevada Bar No. 15171<br>    FREEDOM LAW FIRM<br>    8985 S. Eastern Ave., Suite 350<br>    Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff Douglas Eder* | By: */s/ Kelly H. Dove*<br>    Kelly H. Dove, Esq.<br>    Nevada Bar No. 10569<br>    3883 Howard Hughes Parkway, Suite 1100<br>    Las Vegas, NV 89169<br><br>*Attorneys for Defendant Plain Green, LLC* |

**ORDER**
**IT IS SO ORDERED**

**DATED:** 2:50 pm, August 05, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4891-9996-7533.1

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** was served on August 3, 2022, by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

*/s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

- 3 -

4891-9996-7533.1